Set: 9:30 AM
Started: 9:30 AM
Ended: 9:45 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                September 12, 2018
**BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ**
**CASE NO. 3: 17-cr-596 (PAD)**
COURTROOM DEPUTY: Christina A. Cole
COURTROOM REPORTER: Cindy Brown

|  | Attorneys |
|---|---|
| United States of America | AUSA Vanessa Bonhomme |
| v. | |
|  | **Attorneys:** |
| 1.  Yamil Hernandez-Garcia | Rachael Brill |
| 2.  Hector Daniel Hernandez-Osorio | Melanie Carrillo-Jimenez |
| 3.  Julio Angel Martinez-Rivera | Jorge Rivera (for Ignacio Fernandez-De-Lahongrais) |
| 4.  Gabriel Caballero-Fuentes | Carlos M. Sanchez-La-Costa |
| 5.  Francisco Hernandez-Torres | Ian Teron-Molina (for Jose R. Aguayo) |
| 6.  Jamilet Hernandez-Garcia | Jorge Rivera-Ortiz |
| 7.  Christopher Saez-Quiles | Johnny Rivera (for Jose Gatzambide) |
| 8.  Jan Carlos Martinez-Rivera | Laura Maldonado-Rodriguez |
| 9.  Alexander Olivieri-Nieves | Joseph Boucher (for Giovanni Jose Canino-Sanchez) |
| 10. Adames Perez-Sanchez | Miguel Oppenheimer |
| 11. Angel Giovani Martinez-Rivera | Artemio Rivera-Rivera |
| 12. Melvin Caballero-Fuentes | Leonardo M. Aldridge |
| 13. Eddie Cintron-Hernandez | Leonardo M. Aldridge (for Peter Diaz-Santiago) |
| 14. Edwin Joel Gonzalez-Gomez | Jose C. Romo-Matienzo |
| 15. Wagner Javier Rojas-Batista | Ian Teron-Molina (for Victor M. Chico-Luna) |
| 16. Luis D. Perez-Plaza | Anita Hill-Adames |
| 17. Angel M. Hernandez-Acevedo | Joseph Boucher-Martinez |
| 18. Dan Joseph Rodriguez-Laracuente | Diego H. Alcala-Laboy |
| 19. Francisco Santana-Diaz | David Colon-Almenas |
| 20. Sonia Sanchez-Algarin | Saul Roman-Santiago |
| 21. Jose Agosto-Llopiz | Miguel Oppenheimer (for Jose Novas-Debien) |
| 22. Harry Agosto-Llopiz | Hector J. Dauhajre-Rodriguez |
| 23. Carlos Moises Gonzalez-Almestica | Joseph Boucher (for Jose Velez-Goveo) |
| 24. Emmanuel Gonzalez-Maldonado | Javier A. Morales-Ramos |
| 25. Angel Michael Ruiz-Garcia | Humberto Guzman-Rodriguez |
| 26. Kevin Berrios-Concepcion | Ramon L. Garay-Medina |
| 27. Jesus Ramos-Tirado | Marie Cortes-Cortes |
| 28. Millies Mary Beltran-Perez | Joseph Boucher (for Yassmin Gonzalez-Velez) |
| 29. Orlando David Gonzalez-Colon | Thomas Trebilcock-Horan (for Israel O. Alicea-Luciano) |
| 30. Rosa Linda Andradez-Burgos | Diana Lopez-Feliciano |
| 31. Carol Hernandez-Pagan | Olga M. Shepard-De-Mari |
| 32. Carlos Santini-Avellanet | Thomas Trebilcock-Horan |

*Attorneys in red were absent

**Case Called for Status Conference.**

AUSA Bonhomme informed the Court that discovery is in progress. Lab reports are being provided to counsel and that 15 lab reports are still pending. She indicated that only one copy of the complete discovery package would be provided to the defense, more specifically, to Attorney Alicea. Furthermore, AUSA Bonhomme stated that she expects to hold the evidence inspection by October 2018. In light of the ongoing process of gathering and completing the discovery package, the Government requested additional time.

Attorney Olga Shepard [31] will file a motion for reconsideration of bail for her client that will be referred to U.S. Magistrate Judge Camille L. Velez-Rive.

Attorney Morales [24] informed the Court that there may be possible issues with sending the discovery to Miami for the defendants to review.

Further Status Conference set for 1/18/2018 AM in Courtroom 3 before Judge Pedro A. Delgado-Hernandez.

The STA is tolled until the next conference in the interest of justice. The court finds that the defendants' need to review evidence and conduct negotiations outweighs the defendants' and the community's interest in a speedy trial.

    S/Christina A. Cole
    Christina A. Cole
    Courtroom Deputy to Hon. Judge Pedro A. Delgado
    U.S. District Court for the District of Puerto Rico