# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**YAMIL HERNÁNDEZ-GARCÍA, et al.,**<br><br>Defendants. | **Criminal Number: 17-596 (PAD)** |

### UNITED STATES' INFORMATIVE MOTION NOTIFYING CHANGE IN DATES FOR EVIDENCE INSPECTION

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

On November 28, 2018, the United States filed an Informative Motion regarding Dates for Evidence Inspection. ECF No. 353. The United States advised the evidence inspections were scheduled for December 4, December 5, and December 10, 2018 from 10:00am – 3:30pm. The inspection will occur in a conference room in the basement of the Federal Office Building. The reservation of the conference room was conducted through the U.S. Government Services Administration (GSA).

Due to the passing of President George H.W. Bush, an executive order was issued closing executive departments and agencies of the Federal Government. At the time of this filing, undersigned counsel understands that the courthouse will remain open. The case agent with the FBI, however, has advised that he is still waiting to hear from his agency about whether they will close on December 5, 2018 pursuant to the executive order. The case agent also contacted GSA at

the courthouse to make sure the conference room would be available. It appears that GSA is also still waiting for final word from their office if they are to close on December 5th.

Coordination of the evidence inspection requires the agents to coordinate with the evidence vault custodian to obtain the evidence and to obtain the key to the conference room from GSA each day. Due to the uncertainty of whether the offices will be open, the United States respectfully informs the Court and the defendants in the above-referenced case that the inspection scheduled on **December 5th has been rescheduled to December 11th**. The inspection of the physical evidence will be held in the basement of the Federal Office Building - Room G54 Conference Room, R02-PBS-Caribbean Service Center.

The evidence inspections will now be held on the following dates:

a. December 4, 2018, from 10:00am - 3:30pm;
b. December 10, 2018, from 10:00am - 3:30pm; and
c. **December 11, 2018, from 10:00am - 3:30pm**.

All counsel must sign-in prior to inspecting the evidence. The sign-in sheets for the three dates will be filed with the Court by way of informative motion.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing.

In San Juan, Puerto Rico, this 3rd day of December 2018.

    ROSA EMILIA RODRIGUEZ-VÉLEZ
    UNITED STATES ATTORNEY

    *s/Vanessa Bonhomme*
    Vanessa Bonhomme
    USDC-PR No.: G01817
    Assistant United States Attorney
    U.S. Attorney's Office
    Torre Chardón, Suite 1201
    # 350 Carlos Chardón Ave.
    Hato Rey, PR 00918
    Tel.:   (787) 766-5656

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 3rd day of December 2018.

                                              *s/Vanessa Bonhomme*
                                              Vanessa Bonhomme
                                              USDC-PR No.: G01817
                                              Assistant United States Attorney