Status Conference 5/6/2019

| DEF. # | DEFENDANT | ATTORNEY | Substituion- Name of Attorney | SIGNATURE |
|---|---|---|---|---|
| 1 | Yamil Hernandez-Garcia | Rachael Brill | Miguel Oppenheimer | (signature) |
| 2 | Hector Daniel Hernandez-Osorio | Melanie Carrillo-Jimenez | | Melanie Carrillo |
| 3 | Julio Angel Martinez-Rivera | Ignacio Fernandez-De-Lahongrais | Miguel Oppenheimer | (signature) |
| 4 | Gabriel Caballero-Fuentes | Carlos M. Sanchez-La-Costa | (signature) | (signature) |
| 5 | Francisco Hernandez-Torres | Jose R. Aguayo | Jorge Rivera | Jose R. Rivera |
| 6 | Jamilet Hernandez-Garcia | Jorge Rivera-Ortiz | Jorge Rivera | Jose R. Rivera |
| 7 | Christopher Saez-Quiles | Jose Gatzambide | Miguel Oppenheimer | (signature) |
| 8 | Jan Carlos Martinez-Rivera | Laura Maldonado-Rodriguez | Saul Roman | (signature) |
| 9 | Alexander Olivieri-Nieves | Giovanni Jose Canino-Sanchez | Joseph Boucher for Canino: Giovanni | (signature) |
| 10 | Adames Perez-Sanchez | Miguel Oppenheimer | | (signature) |
| 11 | Angel Giovani Martinez-Rivera | Artemio Rivera-Rivera | CARLOS SANCHEZ | (signature) |
| 12 | Melvin Caballero-Fuentes | Leonardo M. Aldridge | Jason Gonzalez Delgado | (signature) |
| 13 | Eddie Cintron-Hernandez | Peter Diaz-Santiago | Carlos Sanchez | (signature) |
| 14 | Edwin Joel Gonzalez-Gomez | Jose C. Romo-Matienzo | | (signature) |
| 15 | Wagner Javier Rojas-Batista | ~~Victor M. Chico-Luna~~ Jason Gonzalez Delgado | | (signature) |
| 16 | Luis D. Perez-Plaza | Anita Hill-Adames | Miguel Oppenheimer | (signature) |
| 17 | Angel M. Hernandez-Acevedo | Joseph Boucher-Martinez | | (signature) |
| 18 | Dan Joseph Rodriguez-Laracuente | Diego H. Alcala-Laboy | | (signature) |
| 19 | Francisco Santana-Diaz | David Colon-Almenas | Diego Alcala | (signature) |
| 20 | Sonia Sanchez-Algarin | Saul Roman-Santiago | | (signature) |
| 21 | Jose Agosto-Llopiz | Jose Novas-Debien | Melanie Carrillo-Jimenez | Melanie Carrillo |
| 22 | Harry Agosto-Llopiz | Hector J. Dauhajre-Rodriguez | Jorge Rivera | Jose R. Rivera |
| 23 | Carlos Moises Gonzalez-Almestica | Jose Velez-Goveo | | (signature) |
| 24 | Emmanuel Gonzalez-Maldonado | Javier A. Morales-Ramos | | (signature) |
| 25 | Angel Michael Ruiz-Garcia | Humberto Guzman-Rodriguez | HUMBERTO GUZMAN | (signature) |
| 26 | Kevin Berrios-Concepcion | Ramon L. Garay-Medina | ~~Miguel Oppenheimer~~ | (signature) |
| 27 | Jesus Ramos-Tirado | Marie Cortes-Cortes | Jorge Rivera | Jose R. Rivera |
| 28 | Millies Mary Beltran-Perez | Yassmin Gonzalez-Velez | Miguel Oppenheimer | (signature) |
| 29 | Orlando David Gonzalez-Colon | Israel O. Alicea-Luciano | Miguel Oppenheimer | (signature) |
| 30 | ~~Rosa Linda Andradez-Burgos~~ | ~~Diana Lopez-Feliciano~~ | Jorge Rivera | Jose R. Rivera |
| 31 | Carol Hernandez-Pagan | Olga M. Shepard-De-Mari | (scribbled) | Olga Shepard |
| 32 | Carlos Santini-Avellanet | Thomas Trebilcock-Horan | (scribbled) | (signature) |

RECEIVED & FILED
CLERK'S OFFICE
MAY 06 2019
US DISTRICT COURT
SAN JUAN, PR