# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  August 29, 2019
**BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ**
**CASE NO. 3: 17-cr-596 (PAD)**
COURTROOM DEPUTY: Christina A. Cole
COURTROOM REPORTER: Cindy Brown

|  | Attorneys |
|---|---|
| United States of America | AUSA Vanessa Bonhomme |
| v. | **Attorneys:** |
| 1. Yamil Hernandez-Garcia | Rachael Brill |
| 2. Hector Daniel Hernandez-Osorio | Diego Alcala (for Melanie Carrillo-Jimenez) |
| 3. Julio Angel Martinez-Rivera | Jose Gaztambide (for Ignacio Fernandez-De-Lahongrais) |
| 4. Gabriel Caballero-Fuentes | Carlos M. Sanchez-La-Costa |
| 5. Francisco Hernandez-Torres | Rachael Brill (for Jose R. Aguayo) |
| 6. Jamilet Hernandez-Garcia | Marie Cortes (for Jorge Rivera-Ortiz) |
| 7. Christopher Saez-Quiles | Jose Gatzambide |
| 8. Jan Carlos Martinez-Rivera | Laura Maldonado-Rodriguez |
| 9. Alexander Olivieri-Nieves | Jose Gaztambide (for Giovanni Jose Canino-Sanchez) |
| 10. Adames Perez-Sanchez | Miguel Oppenheimer |
| 11. Angel Giovani Martinez-Rivera | Artemio Rivera-Rivera |
| 12. Melvin Caballero-Fuentes | Peter Diaz (for Leonardo M. Aldridge) |
| 13. Eddie Cintron-Hernandez | Peter Diaz-Santiago |
| 14. Edwin Joel Gonzalez-Gomez | Jose C. Romo-Matienzo |
| 15. Wagner Javier Rojas-Batista | Jason Gonzalez-Delgado |
| 16. Luis D. Perez-Plaza | Miguel Oppenheimer (for Anita Hill-Adames) |
| 17. Angel M. Hernandez-Acevedo | Joseph Boucher-Martinez |
| 18. Dan Joseph Rodriguez-Laracuente | Diego H. Alcala-Laboy |
| 19. Francisco Santana-Diaz | David Colon-Almenas |
| 20. Sonia Sanchez-Algarin | Saul Roman-Santiago |
| 21. Jose Agosto-Llopiz | Diego Alcala (for Jose Novas-Debien) |
| 22. Harry Agosto-Llopiz | Hector J. Dauhajre-Rodriguez |
| 23. Carlos Moises Gonzalez-Almestica | Peter Diaz (for Jose Velez-Goveo) |
| 24. Emmanuel Gonzalez-Maldonado | Javier A. Morales-Ramos |
| 25. Angel Michael Ruiz-Garcia | Raymond Rivera (for Juan Albino-Gonzalez) |
| 26. Kevin Berrios-Concepcion | Ramon L. Garay-Medina |
| 27. Jesus Ramos-Tirado | Marie Cortes-Cortes |
| 28. Millies Mary Beltran-Perez | Yassmin Gonzalez-Velez (not present COP FILED) |
| 29. Orlando David Gonzalez-Colon | Jason Gonzalez (for Israel O. Alicea-Luciano) |
| 30. Rosa Linda Andradez-Burgos | Diana Lopez-Feliciano |
| 31. Carol Hernandez-Pagan | Raymond Rivera |
| 32. Carlos Santini-Avellanet | Thomas Trebilcock-Horan |

**Case Called for Status Conference.**

AUSA Bonhomme informed the Court that parties are engaged in extensive plea negotiations and requested additional time.

Attorney Sanchez-La-Costa (4) indicated that the defendant has another case, 17-cr-624(GAG) and he will file a motion for consolidation.

Attorney Brill (1) indicated that her client has another case, 17-cr-538(GAG). Extensive discovery in both cases needs to be discuss with her client.

Attorney Lopez (30) stated that issues with discovery will be resolved. Once she completes the review the evidence she will engage in plea negotiations.

Attorney Morales (24) indicated that a proffer meeting is pending.

Attorney Gonzalez (15) stated that he will be filing a motion to travel for him to visit his client and discuss the evidence and plea offer.

Attorney Romo (14) informed the Court that he will be filing a motion for change of plea shortly.

Further Status Conference set for 12/13/2019 09:00 AM in Courtroom 3 before Judge Pedro A. Delgado-Hernandez.

STA tolled until the next conference in the interest of justice. The Court finds that the defendant's need to conduct negotiations outweighs the defendant's and the community's interest in a speedy trial.

S/Christina A. Cole
Christina A. Cole
Courtroom Deputy to Hon. Judge Pedro A. Delgado
U.S. District Court for the District of Puerto Rico