Set: 9:00 AM
Started: 9:20 AM
Ended: 9:45 AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  December 17, 2019
**BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ**
**CASE NO. 3: 17-cr-596 (PAD)**
COURTROOM DEPUTY: Christina A. Cole
COURTROOM REPORTER: Cindy Brown

|  | Attorneys |
|---|---|
| United States of America | AUSA Max Perez (for Vanessa Bonhomme) |
| v. |  |
|  | **Attorneys:** |
| 1. Yamil Hernandez-Garcia | Jason Gonzalez (for Rachael Brill) |
| 2. Hector Daniel Hernandez-Osorio | Diego Alcala (for Melanie Carrillo-Jimenez) |
| 3. Julio Angel Martinez-Rivera | Ignacio Fernandez-De-Lahongrais |
| 4. Gabriel Caballero-Fuentes | Artemio Rivera (for Carlos M. Sanchez-La-Costa) |
| **5. Francisco Hernandez-Torres** | **Jose R. Aguayo (not present COP FILED)** |
| 6. Jamilet Hernandez-Garcia | Jorge Rivera-Ortiz |
| 7. Christopher Saez-Quiles | Jose Gatzambide |
| 8. Jan Carlos Martinez-Rivera | Laura Maldonado-Rodriguez |
| 9. Alexander Olivieri-Nieves | Jose Gaztambide (for Giovanni Jose Canino-Sanchez) |
| 10. Adames Perez-Sanchez | Alex Rosa (for Miguel Oppenheimer) |
| 11. Angel Giovani Martinez-Rivera | Artemio Rivera-Rivera |
| 12. Melvin Caballero-Fuentes | Leonardo M. Aldridge |
| 13. Eddie Cintron-Hernandez | Peter Diaz-Santiago |
| 14. Edwin Joel Gonzalez-Gomez | Jose C. Romo-Matienzo |
| 15. Wagner Javier Rojas-Batista | Jason Gonzalez-Delgado |
| **16. Luis D. Perez-Plaza** | **Anita Hill-Adames (not present COP FILED)** |
| 17. Angel M. Hernandez-Acevedo | Joseph Boucher-Martinez |
| 18. Dan Joseph Rodriguez-Laracuente | Diego H. Alcala-Laboy |
| 19. Francisco Santana-Diaz | David Colon-Almenas |
| 20. Sonia Sanchez-Algarin | Laura Maldonado (for Saul Roman-Santiago) |
| 21. Jose Agosto-Llopiz | Jose Velez (for Jose Novas-Debien) |
| 22. Harry Agosto-Llopiz | Hector J. Dauhajre-Rodriguez |
| 23. Carlos Moises Gonzalez-Almestica | Jose Velez-Goveo |
| 24. Emmanuel Gonzalez-Maldonado | Javier A. Morales-Ramos |
| 25. Angel Michael Ruiz-Garcia | Jose Velez (for Allan Rivera) |
| 26. Kevin Berrios-Concepcion | Jorge Rivera (for Ramon L. Garay-Medina) |
| 27. Jesus Ramos-Tirado | Marie Cortes-Cortes |
| **28. Millies Mary Beltran-Perez** | **Yassmin Gonzalez-Velez (not present COP FILED)** |
| **29. Orlando David Gonzalez-Colon** | **Israel O. Alicea-Luciano (not present COP FILED)** |
| 30. Rosa Linda Andradez-Burgos | Diana Lopez-Feliciano |
| 31. Carol Hernandez-Pagan | Jose Velez (for Raymond Rivera) |
| 32. Carlos Santini-Avellanet | Thomas Trebilcock-Horan |

**Case Called for Status Conference.**

AUSA Perez informed the Court of the following:

- Caballero-Fuentes (4)-The requested legers will be tendered to defense counsel within 3 weeks.
- Hernandez-Garcia (6)- The requested phone calls will be tendered to defense counsel shortly.
- Martinez-Rivera (8)- The requested legers will be tendered to defense counsel within 3 weeks.
- Santana-Diaz (19)- A preliminary agreement was reached. Said agreement will be presented for approval from AUSA Bonhomme's supervisor within 3 weeks.
- Sanchez-Algarin (20), Agosto-Llopiz (21) and Agosto-Llopiz (22)- Counter offers were rejected.
- Berrios-Concepcion (26)- A proffer meeting will be coordinated within 30 days.

Parties are engaged in fruitful negotiations.

Attorney Gonzalez, on behalf of Attorney Brill, requested that defendant Hernandez-Garcia (1) be transferred back into the jurisdiction. The Court took the request under advisement.

AUSA Perez and Attorney Diaz addressed the motion filed at Docket No. 534. Due to the extensive discovery and the current location of the defendant, Attorney Diaz indicated that he will travel to Miami to discuss the evidence with the defendant. AUSA Perez stated that a hard copy of the discovery will be provided to Attorney Peter Diaz.

Further Status Conference set for 3/6/2020 09:00 AM in Courtroom 3 before Judge Pedro A. Delgado-Hernandez.

STA tolled until the next conference in the interest of justice. The Court finds that the defendant's need to conduct negotiations outweighs the defendant's and the community's interest in a speedy trial.

S/Christina A. Cole  
Christina A. Cole  
Courtroom Deputy to Hon. Judge Pedro A. Delgado  
U.S. District Court for the District of Puerto Rico