# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

## MINUTES OF PROCEEDINGS

### BEFORE JUDGE PEDRO A. DELGADO-HERNANDEZ
COURTROOM DEPUTY CLERK: Verónica S. Otero Rivera
COURTROOM REPORTER: Cindy L. Brown

Date: June 29, 2021

## CASE NO. 3:17-CR-00596 (PAD)

|  | Attorneys |
|---|---|
| United States of America | Vanessa Bonhomme |
| | |
| v. | |
| | |
| Yamil Hernandez-Garcia (1) | Rachel Brill |
| Hector Daniel Hernandez-Osorio (2) | Melanie Carrillo-Jimenez |
| Julio Angel Martinez-Rivera (3) | Ignacio Fernandez-De-Lahongrais |
| Gabriel Caballero-Fuentes (4) | Carlos M. Sanchez-La-Costa |
| Jamilet Hernandez-Garcia (6) | Jorge E. Rivera-Ortiz (*not present*) |
| Christopher Saez-Quiles (7) | Jose R. Gaztambide-Aneses |
| Alexander Olivieri-Nieves (9) | Giovanni Jose Canino-Sanchez |
| Adames Perez-Sanchez (10) | Miguel Oppenheimer |
| Angel Giovani Martinez-Rivera (11) | Artemio Rivera-Rivera |
| Melvin Caballero-Fuentes (12) | Giovanni J. Canino-Sanchez (for Leonardo M. Aldridge) |
| Eddie Cintron-Hernandez (13) | Peter Diaz-Santiago (*not present*) |
| Wagner Javier Rojas-Batista (15) | Jason Gonzalez-Delgado |
| Dan Joseph Rodriguez-Laracuente (18) | Diego H. Alcala-Laboy (*not present*) |
| Jose Agosto-Llopiz (21) | Artemio Rivera-Rivera (for Jose L. Novas-Debien) |
| Harry Agosto-Llopiz (22) | Artemio Rivera-Rivera (for Hector J. Dauhajre-Rodriguez) |
| Kevin Berrios-Concepcion (26) | Ramon L. Garay-Medina (*not present*) |
| Jesus Ramos-Tirado (27) | Marie L. Cortes-Cortes (*not present*) |
| Rosa Linda Andradez-Burgos (30) | Diana Lopez-Feliciano |
| Carol Hernandez-Pagan (31) | Rafael Anglada-Lopez |
| Carlos Santini-Avellanet (32) | Giovanni J. Canino-Sanchez (for Thomas Trebilcock-Horan) |

**Case Called for Status Conference.**

The Government informed proffer sessions were conducted, and parties have engaged in substantial plea negotiations. Further, it indicated some defendants are in advanced stages of the negotiations and plea agreements will be finalized. As to the remaining defendants, the Government is open to continue negotiations.

Case No. 3:17-cr-00596 (PAD)                                                        Page 2 of 2
USA v. Hernandez-Garcia et al
June 29, 2021

Attorney Anglada-Lopez (31) informed he was appointed recently in this case in substitution of late Raymond Rivera-Esteves and indicated he has yet to meet with the defendant in person. The Government stated it will provide attorney Anglada with a USB drive with the remainder of discovery and will offer a modified proffer.

Attorney Gonzalez-Delgado (15) indicated defendant has been housed in Tallahatchie Correctional Facility for approximately 4-5 years and requested that the court grant him permission to visit defendant to ensure a speedier resolution of the case. The court directed counsel to file a motion accordingly.

Attorney Carrillo-Jimenez (2) informed that, although defendant has filed two motions requesting her withdrawal, parties are close to resolving the case. Further, counsel informed that direct communication with the defendant has been difficult since he is currently housed in FDC Miami and the institution has not been responsive to her e-mails. Attorney Carrillo (2) requested that the court order the institution to respond. The court directed counsel to file a motion accordingly.

Attorney Rivera-Rivera (11) informed a motion to suppress is still pending in Crim. 17-624-3 (PAD). As to defendant no. 22, attorney Rivera-Rivera (for attorney Dauhajre-Rodriguez) informed a plea offer was received and counsel is in the process of discussing it with the defendant. As to defendant no. 21, attorney Rivera-Rivera (also for attorney Novas-Debien) stated that certain matters as to the contents of the plea offer tendered are still pending to discuss with the Government. The Government informed that negotiations as to defendants nos. 21 and 22 have been held jointly.

Attorney Canino-Sanchez (9) indicated a meeting with Government is scheduled for next week. As to defendant no. 12, attorney Canino-Sanchez (for attorney Aldridge) informed that defense counsel has lost contact with the defendant, currently in Oklahoma, but has rejected the Government's final plea offer tendered and has anticipated his wish to proceed to trial. As to defendant no. 32, attorney Canino-Sanchez (also for attorney Trebilcock-Horan) informed parties have engaged in plea negotiations and are close to a non-trial resolution.

Attorney Gaztambide-Aneses (7) indicated that what was reported today in Crim. No. 17-544-2 (PAD) stands true for this case.

Attorney Lopez-Feliciano (30) indicated a plea offer was received and was discussed with the defendant. Further, counsel informed there are pending issues as to the evidence in this case and requested a *Lafler-Frye* hearing. The Government stressed that the purpose of a *Lafler-Frye* hearing is to ensure defendant is advised adequately as to the plea offers tendered. The court directed defense counsel to file a motion accordingly.

**A further status conference was set for September 7, 2021 at 9:30AM.  STA was tolled until the next status conference in the interest of justice, given that defendants' need to conduct negotiations outweighs the defendants' and the community's interests in a speedy trial.**

s/ Verónica S. Otero-Rivera
Verónica S. Otero-Rivera
Case Manager/Courtroom Deputy Clerk
to Hon. Judge Pedro A. Delgado-Hernandez
U.S. District Court for the District of Puerto Rico
