IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>  Plaintiff,<br>        v.<br><br>DAN RODRIGUEZ LARACUENTE (18)<br>  Defendant. | Criminal no. 17-596 (PAD) |

**INFORMATIVE MOTION**

**TO THE HONORABLE COURT:**

Comes now the defendant, Mr. Rodriguez Laracuente, and respectfully states and prays as follows:

1. Mr. Rodriguez Laracuente has been out on bond since pending the resolution of his case. (See Docket Entry #88)

2. Mr. Rodriguez Laracuente was arrested on June 25, 2021. Prior to his arrest hearing, Mr. Rodríguez Laracuente contacted the undersigned to inform of his situation.

3. The undersigned attempted to contact the United States Pre-Trial Office to relay the communication, but was unsuccessful.

4. That day same day, Mr. Rodriguez Laracuente's mother contacted the undersigned to confirm that he had been arrested, and that warrant had been authorized by a local judge, charging him with a violation of article 3.1 of the Puerto Rico Domestic Violence Act. She also informed that the judge granted bond and that he uses an electronic monitor as a condition of release. She also informed that the bond could not be paid at that time.

5. On June 29, 2021, the undersigned was able to contact the USPO to inform of the situation. A motion was then filed by USPO Franklin Castillo informing the court of this matter. (See Docket #951)

6.   On July 28, 2021, the client's mother contacted the undersigned to inform that the local judge dismissed the case against Mr. Rodríguez Laracuente.

**WHEREFORE**, it is respectfully requested that the Court take note of the current information and that it does not issue the requested warrant.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 29th day of July 2021.

**I HEREBY CERTIFY**, that on this date the present document has been filed electronically and is available for viewing and downloading from the Court's CFM/ECF system by U.S. Attorney's Office.

*s/ Diego H. Alcalá Laboy*
Diego H. Alcalá Laboy
PO Box 12247
Tel.: (787) 432-4910
USDC-PR No. 300504
dalcala@defensorialegal.com